# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 24, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132922

DEPARTMENT OF TRANSPORTATION,
      Plaintiff-Appellee,

v

                                   SC: 132922
                                   COA: 260821
                                   Wayne CC: 02-214468-CC

FREDA ALIBRI and PRIME PARKING,
L.L.C.,
      Defendants-Appellants,

and

VIA COM OUTDOOR, INC.
      Defendant.

_____/

      On order of the Court, the application for leave to appeal the September 26, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 24, 2007

d0416

_____
Clerk